UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gene Lane, et al.<br>    Plaintiffs,<br><br>v.<br><br>Gaddi Vasquez,<br>    (sued in his official capacity)<br><br>    Defendant. | Civil Action No. 05-01414<br><br>Judge Sullivan |

### Affidavit of Service

1. My name is Adam W. Marker. I am over 18 years of age, and competent to testify in a court of law.

2. I am an employee at the Goldsmith Law Firm LLC. My duties include, among other things, serving complaints.

3. This affidavit is being filed in accordance with Rule 4(l) of the Federal Rules of Civil Procedure.

4. On or around August 18, 2005, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I sent a copy of the complaint and its respective summons to the United States Attorney for the District of Columbia, the Attorney General of the United States, and Gaddi Vasquez, in his official capacity.

5. On or about August 22, 2005, I received PS Form 3811 (Domestic Return Receipt) forms indicating that the United States Attorney for the District of Columbia, the Attorney General of the United States, and Gaddi Vasquez each

1

received a copy of the complaint and their respective summons on August 19, 2005.

    6. A copy of the respective PS Form 3811's are attached to this affidavit.

    7. I have personal knowledge of the matters stated in this affidavit, and am competent to testify to the same.

I swear and affirm under penalty of perjury that the foregoing affidavit, consisting of two pages and seven paragraphs is true and accurate to the best of my knowledge.

_____      9-8-05
Adam W. Marker               DATED

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gaadi Vasquez
   Peace Corps
   1111 20th Street, NW
   Washington, DC 20526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _A. Host_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Amanda Host
C. Date of Delivery: 8/19/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: _return receipt requested_
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 8130 1231

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Atty for the District
   of Columbia

   555 4th Street, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 8/19/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: return recipt r
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 8130 1255

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Atty General of US
   US Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 8130 1248

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540