# PEACE CORPS
## INDIVIDUAL FORMAL DISCRIMINATION COMPLAINT FORM

Based on
Race, Color, Religion, Sex, Sexual Orientation, National Origin, Age, Physical/Mental Disability, or Retaliation

PLEASE NOTE: IF YOU HAVE NOT CONSULTED AN EO COUNSELOR, CONTACT PEACE CORPS' AMERICAN DIVERSITY OFFICE FOR ASSIGNMENT OF AN EO COUNSELOR. INFORMAL PRECOMPLAINT EO COUNSELING IS A REQUIREMENT AND NO FORMAL COMPLAINT CAN BE ACCEPTED UNTIL INFORMAL COUNSELING IS COMPLETED.

PLEASE TYPE OR PRINT

1. Herman Eugene Lane
   Complainant's Name

   12310 Ox Hill Rd
   Home Address Street, Rd, P.O. Box

   Fairfax, VA 22033
   City    State    Zip Code

   Home Phone: (703) 648-9454
   Business Phone: ( )

2. The Goldsmith Law Firm
   Complainant's Representative

   1900 L St. Suite 614
   Business Address

   Washington, DC 20036
   City    State    Zip Code

   Business Phone: (202) 775-0040

3. N/A
   Organization, Title, Grade, Series

   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
   Social Security Number

4. What organization, office, or unit of the agency do you believe discriminated or retaliated against you.

   Human Resources Department

5. What is the date you received the final counseling interview?
   N/A

6. What is the last or most recent date of the alleged discriminatory/retaliatory event or incident covered in counseling?

   June 18, 2003

7. Check the basis or bases on which you think you were discriminated or retaliated against: *YOU MUST SPECIFY
   ☒Age            ☐National Origin       ☒Race
   ☐Color          ☒Sex                   ☐Religion
   ☐Disability (Mental/Physical)  ☐Sexual Harassment  ☐Sexual Orientation
   ☐Retaliation/Reprisal

FOR AGE, YOU MUST HAVE BEEN AT LEAST 40 YEARS OLD (STAFF) OR 18 YEARS OLD (VOLUNTEER) WHEN THE ISSUE OCCURRED. *PLEASE SPECIFY YOUR COLOR, PHYSICAL/MENTAL DISABILITY, NATIONAL ORIGIN, SEX, RACE OR RELIGION IF YOU CHECK THESES BASES.

8. Please choose all that apply to this complaint.
   ☐Duty Assignment        ☐Awards              ☐Conversion
   ☐Duty Hours             ☐Evaluation/Appraisal ☐Examination/Test
   ☐Initial Appointment    ☐Pay                 ☐Promotion
   ☐Reasonable Accommodation ☐Reassignment      ☐Reinstatement
   ☐Reprimand              ☐Retaliation         ☐Retirement
   ☐Separation (Admin/Medical) ☐Sexual Harassment ☐Time/Leave/Attendance
   ☐Training               ☐Working Conditions  ☒Other (Specify) Failure to hire

9. State your complaint. Identify the specific acts, incidents or events, involved persons and the dates on which the alleged discriminatory events occurred. State the remedial or corrective action that will resolve the complaint. (Use extra sheets, if necessary)

   See attached form A.

10. Complaint must be signed by the complainant, and dated.

    *[signature] Counsel for*    7-3-03
    Complainant's Signature  Herman    Date
                             Eugene Lane

American Diversity Office/EO Counselor Program                    Appendix Q/08-00

## Form A

| | Vacancy Number | Closing Date* |
|---|---|---|
| 1) | PC6-017 | March 7, 1996 |
| 2) | PC6-033 | April 9, 1996 |
| 3) | PC6-061 | May 20, 1996 |
| 4) | PC6-063 | May 28, 1996 |
| 5) | PC6-096 | July 29, 1996 |
| 6) | PC6-123 | September, 3, 1996 |
| 7) | PC6-126 | Open until filled |
| 8) | PC6-144 | September 30, 1996 |
| 9) | PC7-004 | February 24, 1997 |
| 10) | PC7-049 | May 19, 1997 |
| 11) | PC7-137w | September 2, 1997 |
| 12) | PC7-171x | November 17, 1997 |
| 13) | PC7-191w | December 22, 1997 |
| 14) | PC8-101w | July 3, 1998 |
| 15) | PC8-144w | August 24, 1998 |
| 16) | PC8-157w | September 8, 1998 |
| 17) | PC8-195w | November 9, 1998 |
| 18) | PC9-169w | October 12, 1999 |
| 19) | PC9-179w | October 18, 1999 |
| 20) | PC9-217w | January 11, 2000 |
| 21) | PC9-218w | January 14, 2000 |
| 22) | PC0-065w | April 24, 2000 |
| 23) | PC0-067w | May 1, 2000 |
| 24) | PC0-100w | May 30, 2000 |
| 25) | PC0-149w | August 7, 2000 |
| 26) | PC0-171w | August 28, 2000 |
| 27) | PC0-173w | September 18, 2000 |
| 28) | PC0-201w | October 16, 2000 |
| 29) | PC0-231w | November 27, 2000 |
| 30) | PC1-025w | March 5, 2001 |
| 31) | PC1-134w | September 27, 2001 |
| 32) | PC1-135w | September 27, 2001 |
| 33) | PC2-008w | November 11, 2001 |
| 34) | PC2-094w | April 23, 2002 |
| 35) | PC2-133w | June 25, 2002 |
| 36) | PC2-169w | July 2, 2002 |
| 37) | PC3-006w | November 7, 2002 |
| 38) | PC3-007w | November 7, 2002 |
| 39) | PC3-020w | November 14, 2002 |
| 40) | PC3-056 | January 6, 2003 |
| 41) | PC3-071w | January 24, 2003 |
| 42) | PC3-077w | February 14, 2003 |
| 43) | PC3-102w | April 30, 2003 |
| 44) | PC3-136w | May 7, 2003 |
| 45) | PC3-140w | Open |
| 46) | PC3-180w | June 18, 2003 |

* The date of the actual discrimination is unclear. However, the closing dates are used as an approximate date.

# PEACE CORPS
## DESIGNATION OF REPRESENTATIVE

The complainant has the right to be accompanied, represented and advised by a representative of her/his own choosing during any state of the complaint process. The complainant's representative should be someone who can proceed on her/his behalf so that a timely decision can be issued. A representative may assist and counsel the complainant in the preparation and presentation of the complaint and may appear with the complaint at any proceeding related to the complaint.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

I, _Herman Eugene Lane_ hereby designate _Leizer Z. Goldsmith_ to act on my behalf as my representative on all matters pertaining to my complaint of discrimination filed with the Peace Corps.

I understand that the authority and responsibilities granted to the above named person by virtue of this designation may be terminated by me at any time. Should this occur, I will notify, the Peace Corps American Diversity Program Manager, in writing, of my action.

Although the person named above may act on my behalf on all matters pertaining to the discrimination complaint, I further understand that in the event I withdraw my complaint of discrimination because the Peace Corps and I reached an agreement on a mutually acceptable solution, I must personally sign any such notice of withdrawal.

_[signature]_
Signature of Complainant

_Leizer Z. Goldsmith_
Name of Representative (Print)

_(202) 775-0040_
Telephone No.

_1900 L Street. N.W. Suite 614_
Address

_Washington_
City

_DC_
State

_20036_
Zip Code

_[signature]_
Signature of Representative