

# FACSIMILE

April 2, 2003

TO:           Mr. Leizer Goldsmith
              202-318-798   FAX


FROM:         Shirley A. Everest
              American Diversity Program Manager
              The Peace Corps
              202-692-2137  PHONE
              202-692-2131  FAX


SUBJECT:      Transmission of Forms for EEO Complaint


NUMBER OF PAGES including cover:   EIGHT (8)


I would appreciate the opportunity to discuss the basis of
Mr. Lane's allegations with you.

Please phone me and leave me a message for a time and date when
we might have a conversation concerning this matter, in the event I
am away from my desk.

**Paul D. Coverdell Peace Corps Headquarters**
1111 20th Street NW · Washington, DC 20526

# INITIAL INTERVIEW DATA SHEET

1. **PERSONAL INFORMATION**
   Date of contact with EEO counselor <u>March 24, 2003</u>
   Name <u>Herman Eugene Lane</u>   SSN <u>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</u>
   Job title _____ Pay plan/grade _____
   Organization address _____ Zip code _____
   Duty location _____ Zip code _____
   Home address <u>12310 Ox Hill Rd, Fairfax, VA 22033</u>
   Home phone <u>(703) 648-9454</u>   Duty phone _____

2. **BASIS(ES) of your discrimination claim**

   I BELIEVE THAT I HAVE BEEN DISCRIMINATED AGAINST BASED ON:
   - [x] Race (Specify race <u>caucasian</u>)
   - [ ] Color (Specify color _____)
   - [x] Sex (Specify gender <u>male</u>)
   - [ ] Sexual orientation
   - [ ] National origin (Specify National origin _____)
   - [ ] Religion (Specify religion _____)
   - [ ] Reprisal (Specify dates of Title VII activity _____)
   - [x] Age (Specify date of birth <u>02/02/51</u>)
   - [ ] Physical/Mental disability (Specify disability _____)

3. **WHEN DID INCIDENT HAPPEN? OR WHEN WERE YOU MADE AWARE OF INCIDENT?**
   Date <u>See attached form A.</u>

4. **PRINCIPAL AGENCY WITNESS or MANAGEMENT OFFICIAL** (if there is one)
   Name <u>Janet Brown</u>
   Title/Position Name <u>Director of Human Resources</u>
   Grade _____
   Official Address <u>1111 20th Street, NW Washington DC 20526</u>
   Duty Phone <u>202-692-1200</u>

5. **BRIEF DESCRIPTION OF ALLEGATION (s)**

   1. <u>I applied for 45 positions. In return I received 20 acknowledgments of receipt, 20 non-selection letters, 11 interviews and there were 8 incidents that I received nothing at all.</u>

   2. _____

6. **RELIEF SOUGHT**

   SPECIFIC CORRECTIVE ACTION YOU WANT TAKEN TO RESOLVE YOUR COMPLAINT. IF MORE THAN ONE ALLEGATION IS BEING MADE, STATE THE SPECIFIC CORRECTIVE ACTION DESIRED FOR EACH SEPARATE ACTION. (YOU <u>CANNOT</u> ASK TO PUNISH SOMEONE ELSE; ONLY SOMETHING THAT WILL MAKE YOU WHOLE IF YOUR ALLEGATION IS VERIFIED.)

   1. I am seeking all remedies available by law.

   2. _____

7. **WITNESS**

   LIST WITNESSES **WITH FIRST-HAND INFORMATION** WHO CAN VERIFY YOUR ALLEGATION:

   Name Janet Brown        Duty Phone 202-692-1200

   Name _____       Duty Phone _____

   Name _____       Duty Phone _____

Form A

| | Vacancy Number | Closing Date* |
|---|---|---|
| 1) | PC6-017 | March 7, 1996 |
| 2) | PC6-033 | April 9, 1996 |
| 3) | PC6-061 | May 20, 1996 |
| 4) | PC6-063 | May 28, 1996 |
| 5) | PC6-096 | July 29, 1996 |
| 6) | PC6-123 | September, 3, 1996 |
| 7) | PC6-126 | Open until filled |
| 8) | PC6-144 | September 30, 1996 |
| 9) | PC7-004 | February 24, 1997 |
| 10) | PC7-049 | May 19, 1997 |
| 11) | PC7-137w | September 2, 1997 |
| 12) | PC7-171x | November 17, 1997 |
| 13) | PC7-191w | December 22, 1997 |
| 14) | PC8-101w | July 3, 1998 |
| 15) | PC8-144w | August 24, 1998 |
| 16) | PC8-157w | September 8, 1998 |
| 17) | PC8-195w | November 9, 1998 |
| 18) | PC9-169w | October 12, 1999 |
| 19) | PC9-179w | October 18, 1999 |
| 20) | PC9-217w | January 11, 2000 |
| 21) | PC9-218w | January 14, 2000 |
| 22) | PC0-065w | April 24, 2000 |
| 23) | PC0-067w | May 1, 2000 |
| 24) | PC0-100w | May 30, 2000 |
| 25) | PC0-149w | August 7, 2000 |
| 26) | PC0-171w | August 28, 2000 |
| 27) | PC0-173w | September 18, 2000 |
| 28) | PC0-201w | October 16, 2000 |
| 29) | PC0-231w | November 27, 2000 |
| 30) | PC1-025w | March 5, 2001 |
| 31) | PC1-134w | September 27, 2001 |
| 32) | PC1-135w | September 27, 2001 |
| 33) | PC2-008w | November 11, 2001 |
| 34) | PC2-094w | April 23, 2002 |
| 35) | PC2-133w | June 25, 2002 |
| 36) | PC2-169w | July 2, 2002 |
| 37) | PC3-006w | November 7, 2002 |
| 38) | PC3-007w | November 7, 2002 |
| 39) | PC3-020w | November 14, 2002 |
| 40) | PC3-056 | January 6, 2003 |
| 41) | PC3-071w | January 24, 2003 |
| 42) | PC3-077w | February 14, 2003 |
| 43) | PC3-102w | April 30, 2003 |
| 44) | PC3-136w | May 7, 2003 |
| 45) | PC3-140w | Open |

* The date of the actual discrimination is unclear. However, the closing dates are used as an approximate date.

## **WAIVER OF ANONYMITY**

In accordance with EO Regulations on complainant's Rights and Responsibilities, complainants must submit a written statement waiving the right to anonymity.

Please sign the statement below:

I, _Herman Eugene Lane_, waive my right to anonymity

regarding the issues presented to _____, Peace Corps EO

Counselor.

_Herman Eugene Lane_
Signature

_5/1/03_
Date

# PEACE CORPS
## DESIGNATION OF REPRESENTATIVE

The complainant has the right to be accompanied, represented and advised by a representative of her/his own choosing during any state of the complaint process. The complainant's representative should be someone who can proceed on her/his behalf so that a timely decision can be issued. A representative may assist and counsel the complainant in the preparation and presentation of the complaint and may appear with the complaint at any proceeding related to the complaint.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

I, __Herman Eugene Lane__ hereby designate __Leizer Z. Goldsmith__ to act on my behalf as my representative on all matters pertaining to my complaint of discrimination filed with the Peace Corps.

I understand that the authority and responsibilities granted to the above named person by virtue of this designation may be terminated by me at any time. Should this occur, I will notify, the Peace Corps American Diversity Program Manager, in writing, of my action.

Although the person named above may act on my behalf on all matters pertaining to the discrimination complaint, I further understand that in the event I withdraw my complaint of discrimination because the Peace Corps and I reached an agreement on a mutually acceptable solution, I must personally sign any such notice of withdrawal.

_[signature]_
Signature of Complainant

__Leizer Z. Goldsmith__                                         __(202) 775-0040__
Name of Representative (Print)                                  Telephone No.

__1900 L Street. N.W. Suite 614__
Address

__Washington__                __DC__                __20036__
City                          State                 Zip Code

_[signature]_
Signature of Representative