August 11, 2004

Gaddi Vasquez, Director
U.S. Peace Corps
1111 20th Street N.W.
Washington, DC 20526

      RE: <u>Rachel Perry Complaint – PC-04-04</u>

Dear Director Vasquez:

In accordance with the Code of Federal Regulations (CFR) 1614.106(d), I am amending my "formal" EEO complaint to include issues and claims related to those raised in my April 23, 2004 formal EEO complaint.

Basis: Retaliation and Reprisal

<u>Instance 1</u>: Intimidation and coercion in an attempt to prevent me from filing a "formal" EEO complaint when on April 16, 2004, Shirley Everest issued me a proposed five-day suspension. On the advice and guidance from the "EEOC Attorney of the Week", March 18, 2004, I reported Everest to individuals directly responsible for Agency policy, ethics, and equal opportunity oversight when Everest participated in an illegal and unethical conversation with Rene Chandler, contracted EEO Counselor, assigned to the pre-complaint portion of my EEO issues. When Everest's proposed suspension and threats of reprisal did not achieve her desired result and I continued in the complaint process, a proposed termination was issued on May 21, 2004 (See Issue #2).

<u>Instance 2</u>: On May 21, 2004, approximately four hours after notifying Everest I would be amending my complaint to include additional instances of retaliation and reprisal and after receiving my attorney's response to my proposed five-day suspension, I was issued a proposed termination and was placed on administrative leave.

<u>Instance 3</u>: July 2, 2004, Termination from Agency pending review by the Foreign Service Grievance Board.

<u>Instance 4</u>: On 7/24/2004 I was denied non-competitive promotional appointment under vacancy announcement PC-4-183 (FP 0260-4/3) as a result of my involvement with an EEO complaint and opposition to violations of the Civil Rights Act of 1964.

<u>Instance 5</u>: I was denied my right to receive a copy of the Counselor's Report and any information related to the processing or status of my April 23, 2004 "formal" EEO complaint.

<u>Instance 6</u>: My request to attend the May 2004 EEO Counselor's Training was capriciously denied.

PC-04-04                           Page 2                           8/11/2004

**Instance 7:** On August 5, 2004, Deputy Director, Jody Olsen interfered in the EEO process by using information submitted to her in connection with my "formal" EEO complaint to rule on my termination and subsequently used information and knowledge acquired through my termination proceedings to dismiss valid claims presented in my "formal" EEO complaint after stating in my July 2, 2004 termination notice: it is highly inappropriate to share comments or complaints during the processing of a complaint could taint consideration of the case.

**Instance 8:** On July 19, 2004 I was denied the right to attend EEO Counselor's training for a third time. Everest advised me on May 19, 2004 I would be able to attend the above training.

I am respectfully submitting the above instances of reprisal and retaliation for inclusion in my "formal" EEO complaint (PC-04-04). Should you have any questions or require additional information, please contact my designated representative: Attorney Leizer Z Goldsmith, 1900 L Street, N.W. Suite 614, Washington, DC 20036, (202) 775-0040.

Sincerely,

Rachel L. Perry
5335 Duke Street, #401
Alexandria, VA 22304
(703) 370-0470


C.
Attorney Leizer Z. Goldsmith
American Diversity Programs Office
Deputy Director Jody Olsen
Acting Deputy Chief of Staff Jennifer Owens