February 3, 2005

U.S. Peace Corps
1111 20th Street N.W.
Washington, DC 20607

To Whom It May Concern:

    Effective February 4, 2005, I hereby resign my civil service as Equal Employment Opportunity (EEO) Specialist for the United States Peace Corps.

Respectfully,

Rachel L. Perry
EEO Specialist
U.S. Peace Corps

5335 DUKE STREET, #401
ALEXANDRIA, VA 22304