UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERMAN EUGENE LANE, ET AL., )
)
        Plaintiffs, )
)
v. )
) Civil Action No. 05-0414 (EGS)
)
UNITED STATES PEACE CORPS, )
)
)
        Defendant. )
_____)

## DECLARATION OF CATHERINE PEARSON

I, Catherine Pearson, do hereby swear, under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief. Unless otherwise set forth, I have personal knowledge of the facts set forth below.

1. I am the Deputy Director of Human Resources Management at the Peace Corps and have been working in that capacity since October 2002.

2. I have reviewed the Office of Human Resources' records regarding vacancy announcements for positions from 2002.

3. In April and June 2002, the Office of Human Resources issued vacancy announcements for a Human Resources Specialist position numbered PC2-094 and an Associate Director Of Human Resources position numbered PC2-133, respectively.

4. In the Peace Corps, when an applicant accesses a vacancy announcement through the Peace Corps website, a "w" is added on to the back of the position number, in order to signify that the application came through a website.

5. Therefore, references to PC2-094w and PC2-133w merely identify that the applications for

the exact same announcements and positions were initiated through the website, and thus, there is no functional difference between position no. PC2-094w and PC2-094 and position no. PC2-133w and PC2-133. Both would refer to the same position, vacancy announcement, application process and selection of candidate.

Oct 24, 2005
Date

CATHERINE PEARSON