UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN EUGENE LANE, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ) <br> UNITED STATES PEACE CORPS, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 05-0414 (EGS) |

## DECLARATION OF SHIRLEY EVEREST

I, Shirley Everest, do hereby swear, under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief. Unless otherwise set forth, I have personal knowledge of the facts set forth below.

1. I am the Manager of the American Diversity Program office at the Peace Corps, which handles and processes all Equal Employment Opportunity ("EEO") complaints for the Peace Corps and have been in this position since July 29, 2002.

2. I have reviewed the office's files with respect to the discrimination complaints of both Herman E. Lane and Rachel Perry and have found the following:

3. With respect to Herman E. Lane, the following are the dates of Mr. Lane's first EEO contacts with an EEO Counselor or the EEO Office for the respective positions:

| Position no. | Date |
|---|---|
| PC2-094w | March 24, 2003 |
| PC2-133w | March 24, 2003 |
| PC3-071w | March 24, 2003 |

    PC3-102w                                                                                              March 24, 2003

    PC4-081                                                                                               June 28, 2004

4.     Specifically, with respect to position no. PC3-102w, although a decision not to fill the position was not made until August 11, 2003, which was 5 months after Lane contacted an EEO Counselor on March 24, 2003, there is no record of Mr. Lane initiating any EEO contact with the Peace Corps with respect to position no. PC3-102w within 45 days after August 11, 2003.

5.     I have also found that with respect to the following positions, Herman E. Lane never initiated any EEO contact with respect to any claims regarding these positions:

| Position no. | Date |
| --- | --- |
| PC3-230 | No EEO Contact |
| PC3-278 | No EEO Contact |
| PC3-280 | No EEO Contact |
| PC4-115w | No EEO Contact |
| PC4-149 | No EEO Contact |
| PC-149w | No EEO Contact |
| PC4-201 | No EEO Contact |
| PC5-047 | No EEO Contact |
| PC5-135 | No EEO Contact |

6.     I have also reviewed this office's files with respect to the discrimination claims filed by Rachel Perry and found that Ms. Perry has never initiated any contact with an EEO Counselor or the EEO Office with respect to claims that she was suspended without pay from May 2004 through February 2005 or that she was forced to resign from the Peace Corps.

7. I further found that Ms. Perry terminated the counseling process on March 18, 2004 and that subsequent to that, she had no contact with an EEO counselor. Accordingly, the first contact that Ms. Perry had with an EEO counselor or the EEO office with respect to the notice of termination was through her August 11, 2004 letter she sent to the Director with a copy to the EEO office.

*Oct. 24, 2005*
Date

*Shirley Everest*
SHIRLEY EVEREST