UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERMAN EUGENE LANE, ET AL., )
)
        Plaintiffs, )
  v. )
) Civil Action No. 05-1414 (EGS)
)
UNITED STATES PEACE CORPS, )
)
)
        Defendant. )

ORDER

Upon consider of defendant's motion to dismiss and to sever, and the plaintiff's response thereto, it is hereby

ORDERED that the portions of Count I and Count II of plaintiff Lane's complaint that allege discriminatory and retaliatory non-selection relating to position nos. PC2-094, PC2-133, PC3-071w, PC3-102, PC3-230, PC3-278, PC3-280, PC4-115w, PC4-149, PC-149w, PC4-201, PC5-047 and PC5-135 are dismissed with prejudice, and it is further

ORDERED that Count IV pertaining to plaintiff Perry is dismissed with prejudice, and it is further

ORDERED that the cases of plaintiff's Lane and Perry shall be severed from each other.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

1