UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
**Herman Eugene Lane, et. al**                    )
                                                  )
                                                  )
       **Plaintiffs,**                )
                                                  )   Civil Action No. 05-cv-0414 (EGS)
       **v.**                        )
                                                  )
**Gaddi Vasquez,**                                )
                                                  )
       **Defendant.**                 )
_____)

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND TO SEVER CLAIMS, AND TO ENLARGE TIME FOR DEFENDANT TO FILE HIS REPLY THERETO**

COME NOW the parties, moving the Court to enlarge time for Plaintiffs to respond to Defendant's Partial Motion to Dismiss and to Sever Claims, and for Defendant to obtain additional time to reply.

Defendant has filed a partially dispositive Motion. Plaintiff's counsel has been extremely busy with an appellate brief to be filed before the Maryland Court of Special Appeals, the conclusion of the discovery period and depositions in a case before the United States District Court for the District of Maryland, and two ongoing settlement negotiations. In addition, he was busy preparing for and participating in the Georgetown "Views From The Bench" conference last week, and has been absorbed in completing other, non-legal personal business over the last week. On account of Plaintiff's counsel's schedule, Plaintiffs respectfully request leave to file their Opposition to Defendant's Motion by November 16, 2005. Defendant consents to this relief.

Defendant's counsel is currently confronting many additional motions deadlines in other cases, in addition to her future Reply on this Motion for Partial Dismissal and to Sever Claims. She also will be impeded in completing her tasks by the impending Thanksgiving holiday. Accordingly, Defendant respectfully requests that the time for replying to Plaintiff's Opposition to the Motion for Partial Dismissal and to Sever Claims be enlarged up until December 1, 2005. Plaintiff consents to this requested relief.

WHEREFORE, for the reasons set forth above, the parties respectfully request that Plaintiffs' time be enlarged such that their Opposition be due on November 16, 2005, and that Defendant's Reply be due on December 1, 2005.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 318-0798

Attorney for Plaintiffs Lane and Perry


_____
Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney


_____
R. Craig Lawrence, D.C. Bar #171538
Assistant United States Attorney

_____
Rhonda C. Fields, Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-6970

Attorneys for Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**Herman Eugene Lane, et. al**          )
                                        )
                                        )
            **Plaintiffs,**             )
                                        )   Civil Action No. 05-cv-0414 (EGS)
            **v.**                      )
                                        )
**Gaddi Vasquez,**                      )
                                        )
            **Defendant.**              )
_____)

### ORDER

The Parties' Consent Motion To Enlarge Time For Plaintiffs To File Their Opposition To Defendant's Partial Motion To Dismiss And To Sever Claims, And To Enlarge Time For Defendant To File His Reply Thereto, is before the Court. This _____ day of _____, 2005, the Motion is hereby GRANTED.

Plaintiffs shall file their Opposition not later than November 16, 2005. Defendant shall file his Reply not later than December 1, 2005.

_____
Judge, United States District Court


Rhonda C. Fields, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 514-6970

Leizer Z. Goldsmith, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040