**Peace Corps**

September 7, 2004
Leizer Z. Goldsmith
Goldsmith Law Firm
1900 L Street, N.W.
Washington, D.C. 20036

      Re:    Rachel Perry Complaint – PC 04-04

Dear Mr. Goldsmith:

    On August 11, 2004, Rachel Perry's filed a letter alleging new "issues and claims related to those raised" in her April 23, 2004 formal discrimination complaint. Based on a review of that letter, I am accepting the following issues, which are related to the pending claims, for processing:

    1.    The original formal complaint alleges retaliation for engaging in protected EEO activity. The amended complaint also alleges retaliation for engaging in protected EEO activity.

        a)    Ms. Perry claims that her supervisor, Shirley Everest, denied her a non-competitive promotional appointment based on the fact that Ms. Perry had filed a discrimination complaint against her. See par. 4.

        b)    Ms. Perry claims that her supervisor, Ms. Everest, denied her a training opportunity based on the fact that Ms. Perry had filed a discrimination complaint against her. See par. 6.

    I am dismissing the remainder of the claims for the following reasons:

    1.    The following paragraphs "allege dissatisfaction with the processing of a previously filed complaint" and are therefore dismissed pursuant to 29 CFR 1614.107(8): pars. 1, 5.

    2.    The following paragraphs "allege that a proposal to take a personnel action, or other preliminary step to taking a personnel action, is discriminatory" and are therefore dismissed pursuant to 29 CFR 1614.107(5): pars. 2, 3.

    To the extent you believe there are claims articulated in your complaint that have been wrongly dismissed, you have the right to appeal pursuant to 29 CFR 1614.107. There is no immediate right to appeal a partial dismissal of a complaint. However, if you request a hearing on the remainder of your complaint, an Administrative Judge shall review the claims previously dismissed by the agency prior to the hearing. If you request a final decision by the agency without a hearing, the agency will issue a decision, after which you have the right to appeal, including any partial dismissals, to the Equal Employment Opportunity Commission (EEOC).

Paul D. Coverdell Peace Corps Headquarters
1111 20th Street NW · Washington, DC 20526
1.800.424.8580 · www.peacecorps.gov

Exhibit 2
Page 1 of 4

The accepted issues will be investigated together with the claims raised in the original formal complaint. The investigation must be completed within 180 calendar days of the filing of this amendment, except that you may request a hearing from an administrative judge on the consolidated complaints any time after 180 days from the date of the first filed complaint.

If you have any questions concerning this letter or the scheduling of the investigation, please call me at (202) 692-2244.

Sincerely,

Jody Olsen
Deputy Director

Cc:   Rachel Perry

Exhibit 2
Page 2 of 4 Pages