**GENE LANE**
12310 Ox Hill Road
Fairfax, VA 22033-2407
(703) 648-9454

November 5, 2002

Mr. Gaddi Vasquez, Director
Peace Corps
1111 20th Street, N.W.
Washington, DC

Dear Director Vasquez,

I would like to take the opportunity at this time to tell you what a pleasure it has been to meet you. You may recall, that we met at the Peace Corps office when the President of the Dominican Republic spoke, and again when you spoke at the Hispanic Heritage month celebration at the Federal Aviation Administration. I can't tell you what an honor it was to meet you, and how happy I am that you are the Director of the Peace Corps.

Like you, I love the Peace Corps, and I was a volunteer in the Dominican Republic from 1980-1982. I also worked at Peace Corps headquarters during the administrations of President Reagan and President George H.W. Bush. It was a joy working for them, and under the direction of Paul Coverdell, a man for whom I had a lot of admiration. I would also be honored to work for you. I have, however, had difficulty being considered for jobs under the merit promotion system in your Human Resource Management office. Since March of 1996, I have applied to nearly 40 jobs at the Peace Corps, and I do not feel that I have ever received serious consideration. This is despite the fact that many of the jobs I applied for were in the same office where I worked before.

I believe that I am being discriminated against because I am a Republican, white, male, of Southern Anglo-Saxon ancestry, and older than the typical Peace Corps employee. In my opinion, it is hypocritical to promote diversity, and to then exclude highly qualified non-minority male employees from fair and open competition. As a result, I would like to request your assistance in returning to the Peace Corps to work. I have a lot of knowledge's, skills, and abilities that I would like to put to work helping you meet President Bush's goals for the Peace Corps, and I have included a copy of my Federal application for your review. Please be cautious, however, with whom you share this letter, because I do not want to be retaliated against for expressing my beliefs.

Once again, I am very happy that you are the Director of the Peace Corps, and it would be a real pleasure to work for you, your staff, and President Bush. Please let me know if I can be of service to you, and I would very much appreciate your assistance.

Yours sincerely,

*Gene Lane*
Gene Lane