UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Herman Eugene Lane, et. al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Gaddi Vasquez, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-01414 (EGS) |

### AFFIDAVIT OF HERMAN EUGENE LANE

1.  My name is Herman Eugene Lane, residing at 12310 Ox Hill Road in Fairfax, Virginia.

2.  I am over 18 years of age.

3.  Prior to March 5, 2003, I had applied for nearly 40 positions with Peace Corps. I had not been selected for any of them.

4.  On March 5, 2003, I contacted Peace Corps to obtain a list of EEO counselors, with whom to grieve my non-selections. I spoke with Jill Meeks, an EEO counselor at Peace Corps, who advised me that she would fax me a list of EEO counselors.

5.  Shortly after that conversation, Shirley Everest, Manager, American Diversity Program, told me that the list of EEO counselors was only available for use by current Peace Corps employees.

6.  I responded by asking her to advise me of the procedures for me to file a complaint of discrimination. She then said that the EEO process was not available for individuals not currently employed by Peace Corps.

I have read the above statement, consisting of 6 paragraphs, and I swear or affirm that it is true and complete to the best of my knowledge and belief.

_____          November 16, 2005
Herman Eugene Lane                                       Dated