# THE GOLDSMITH LAW FIRM

1900 L STREET, N.W.
SUITE 614
WASHINGTON, D.C. 20036

TEL: (202) 775-0040
http://www.goldsmithfirm.com

Leizer Z. Goldsmith
E-mail: lgoldsmith@goldsmithfirm.com
Fax: (202) 318-0798

Kathrina Peterson
E-mail: kpeterson@goldsmithfirm.com
Fax: (202) 318-6235

VIA FACSIMILE & US MAIL: 202-692-1201

March 24, 2003

Ms. Shirley Everest
Peace Corps
Manager, American Diversity Program
1111 20th Street, NW
Washington, DC 20526

Re: Mr. Gene Lane's EEO complaint

Dear Ms. Everest,

Thank you for returning my phone call from last week. I returned your call today, but was unable to reach you in person. As we have been unable to connect over the phone, please allow this letter, as well as Mr. Lane's prior direct contacts with you, to serve as his initial EEO complaint.

Please note that Mr. Leizer Goldsmith is Mr. Lane's attorney of record, and all information regarding his complaint should be sent to him at the address shown above.

If you have any questions, please do not hesitate to call.

Sincerely,

Regina Schowalter, Of Counsel