deposition transcript pearson vol 1 9-04-lane

1

UNITED STATES OF AMERICA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WASHINGTON FIELD OFFICE

1400 L STREET, N.W., SUITE 200

WASHINGTON, D.C. 20005

```
- - - - - - - - - - - - - - - x
                                :
HERMAN E. LANE,                 :
                                :
        Complainant,            :  EEOC Case No.
                                :  100-2004-00249X
     v.                         :
                                :  Agency Case No.
UNITED STATES PEACE CORPS,      :  PC-03-02
                                :
        Agency.                 :  Administrative Judge
                                :     Henry
- - - - - - - - - - - - - - - x
```

Washington, D.C.
Tuesday, August 31, 2004

The deposition of CATHERINE PEARSON, called for examination by counsel for Complainant in the above-entitled matter, pursuant to notice, at The Goldsmith Law Firm, 1900 L Street, N.W., Suite 614, Washington, D.C., convened at 11:07 a.m., before Jennifer M. O'Connor, a notary public in and for the District of Columbia, when were present on behalf of the parties:

2

APPEARANCES:

    On behalf of the Complainant:

        LEIZER Z. GOLDSMITH, ESQ.
        The Goldsmith Law Firm, LLC
        1900 L Street, N.W.
        Suite 614
        Washington, D.C.  20036
        (202) 775-0040

    On behalf of the Agency:

        H. DAVID KOTZ, ESQ.

deposition transcript pearson vol 1 9-04-lane

18  experience of the applicant anywhere?
19     A   No, it doesn't.
20     Q   There is not any law or regulation or
21  policy guidance that instructs you to reduce the
22  points that you award to a candidate who's done

125

1   something a few years ago rather than last year.
2   Isn't that right?
3      A   I don't know that I could answer that.
4   There is extensive guidance out about how to look
5   at candidates.  So I couldn't sit here and tell you
6   that there is or is none.
7      Q   You couldn't point me to any, though,
8   right now, could you?
9      A   Not at this moment, no.
10     Q   Now you also participated in the selection
11  process for another position that Phnesha Barnes
12  eventually was selected for.  Do you remember that?
13     A   Yes.
14     Q   And that was a position with vacancy
15  announcement PC3-007.  Correct?
16     A   I'd have to look at it.
17     Q   You don't have any reason to doubt that,
18  though, do you?
19     A   Not particularly.
20     Q   Now did you rate and rank candidates on
21  that occasion?
22     A   I believe so.

126

1      Q   And did you ultimately select the
2   candidate who scored the highest in the rating and
3   ranking?