UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN EUGENE LANE, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-01414 (EGS) |
| UNITED STATES PEACE CORPS, | ) |
| Defendant. | ) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to Federal Rule of Civil Procedure 6, defendant respectfully requests an extension of one week's time in which to file its reply to plaintiff's response to defendant's motion to dismiss and sever. The reply currently is due on November 28, 2005.

Due to the press of business, counsel has been unable to prepare the reply. In addition to counsel's regular duties, since the filing of plaintiff's response, undersigned counsel has been the lead counsel responsible for the substantive preparation and review of the following matters filed on November 23, 2005 in different cases concerning *Hyatt v. Dudas*: Opposition to Hyatt's Motion to Amend Remand Order in 03-108 (EGS); Response to Show Cause Order in 05-834 et al (ESG); and Brief Regarding the Governing Law Limiting These Actions to the Representative Claims in 04-1802 et al (HHK). In addition, due to press of business within the client agency, counsel has not received input or consultation concerning the reply from agency counsel in the captioned case.

Therefore, the extension is requested to allow sufficient time for counsel to consult with agency counsel and to prepare and obtain supervisory review of the reply. This is the first

request for extension filed.  Counsel for the plaintiffs consents to this motion.

    Therefore, it is respectfully requested that the motion be granted.

                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-6970


OF COUNSEL:

H. DAVID KOTZ
U.S. Peace Corps