UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN EUGENE LANE, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Civil Action No. 05-01414 (EGS) |
| | ) |
| UNITED STATES PEACE CORPS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the consent motion for extension of time in which to file defendant's reply, it is hereby

ORDERED that defendant may file its reply on or before December 5, 2005.

Date: _____
UNITED STATES DISTRICT JUDGE