## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
)
**Herman Eugene Lane, et. al,**               )
)
**Plaintiffs,**               )
)          **Civil Action No. 05-01414 (EGS)**
**v.**               )
)
**Gaddi Vasquez,**               )
)
**Defendant.**               )
_____)


### JOINT RULE 16.3 REPORT OF THE PARTIES

Pursuant to the Rules of the United States District Court for the District of

Columbia, the parties hereby file this Joint Statement.

1.     Defendant filed a partially dispositive motion concerning Plaintiff Lane,

and a fully dispositive motion as to Plaintiff Perry, and a Motion to Sever.  Plaintiffs

maintain that discovery should not be stayed while awaiting the outcome of the Motion.

Defendant suggests that all discovery be stayed until the Court's decision on its motions

to dismiss and to sever.  Until the motion is decided the parties will not know the

relevant scope of discovery.  Alternatively, all discovery should be stayed as to Plaintiff

Perry, and as to any portions of Plaintiff Lane's Complaint as to which Defendant has

sought dismissal.  The parties anticipate that Defendant may file a further dispositive

motion at the close of discovery.

2.     **Joinder:** The parties recommend that any joinder without motion for

leave should be submitted within sixty days after the commencement of the discovery

period.  **Amendments:**  Any amendment to the pleadings without leave of court should

occur within sixty days after the commencement of the discovery period.  No factual or legal issues have been agreed upon or narrowed to date, although the parties expect to attempt further narrowing once the Court has ruled on Defendant's ~~partially~~ motion and discovery has been convened.

3.     The parties do not wish to refer this matter to a Magistrate Judge.

4.     The parties will continue to explore all possible settlement avenues, although settlement is not imminent at this time.

5.     The parties do not favor utilizing ADR right now, and would prefer to address ADR after the dispositive motion has been ruled upon.

6.     The parties disagree as to whether this case can be resolved by a dispositive motion.  The parties request that dispositive motions be due sixty days after the close of discovery, that the opponent shall receive thirty days to oppose any such motion, and that replies should be filed within fifteen days thereafter.

7.     The parties agree to exchange initial disclosures.  The parties request that Initial Disclosures be treated similarly to other discovery with regard to the timeframe in which they would be due, i.e. if discovery is stayed, exchange of initial disclosures should be stayed pending a ruling on defendant's motion.

8.     The parties suggest a discovery cut-off at five months after the beginning of the discovery period.  In the event that discovery is not fully commenced at the time of the status conference on account of the pending partially dispositive motion, the parties request permission to confer with each other regarding their calendars and to propose a discovery cutoff date to the Court, once the currently pending partially dispositive motion has been ruled upon.

9.      The parties propose that the cut-off for 26(a)(2) designations be within sixty days prior to the close of discovery, and that counter-designations be due thirty days thereafter.

10.      This is not a class action.

11.       No bifurcation is required.

12.      The parties request that the pretrial conference date be set for thirty days after ruling on dispositive motions or thirty days after the passing of the deadline for such motions, if none has been filed.

13.      The parties request that the Court set the trial date at the pretrial conference.

14.      No other matters need be addressed at this time.

Respectfully submitted,

THE GOLDSMITH LAW FIRM


_____

Leizer Z. Goldsmith (Bar No. 419544)
Kristen L. Walsh
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 318-0798

Attorneys For Plaintiffs



_____

Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney



_____

R. Craig Lawrence, D.C. Bar #171538
Assistant United States Attorney



_____

Rhonda C. Fields, Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-6970

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
Herman Eugene Lane, et. al          )
                                                      )
              Plaintiffs,                        )
                                                      )          **Civil Action No. 05-01414 (EGS)**
              v.                                   )
                                                      )
Gaddi Vasquez,                          )
                                                      )
              Defendant.                     )
_____)

**PROPOSED ORDER**

The parties have filed a joint Rule 16.3 Report.  It is hereby:

ORDERED that:

Discovery is stayed pending decision on defendant's dispositive motion.

This matter shall not be referred to a Magistrate Judge;

Dispositive motions shall be due sixty days after the close of discovery.  The

opposing party shall receive thirty days to oppose any such motions.  Replies should be

filed within fifteen days thereafter;

Discovery shall conclude by _____.

Rule 26(a)(2) designations and counter-designations shall be undertaken by sixty

and thirty days before the close of discovery, respectively.

The Court will set the trial date at the pretrial conference.


                              _____
                              Judge, United States District Court

Copies to:
Leizer Z. Goldsmith (Bar No. 419544)
Kristen L. Walsh
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
202-775-0040

and

Rhonda C. Fields, Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-6970

Attorneys for Defendant