UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERMAN EUGENE LANE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RONALD TSCHETTER,[1] )<br>Director of the U.S. Peace Corps )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1414 (EGS) |

### ORDER

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that Defendant's Motion for Partial Dismissal of Counts I and II and Full Dismissal of Count IV and to Sever Claims of Plaintiffs Lane and Perry is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that the Court **GRANTS** summary judgment to defendant on plaintiff Lane's claims in Counts I and II of the Complaint, but only as to the 13 job openings upon which defendant moved for summary judgment; and it is

**FURTHER ORDERED** that the Court **DENIES** summary judgment to defendant on plaintiff Perry's claim in Count IV related to

---

[1] Ronald Tschetter, Director of the U.S. Peace Corps, has been automatically substituted for his predecessor pursuant to Fed. R. Civ. P. 25(d)(1).

retaliatory indefinite suspension without pay after July 2, 2004; and it is

**FURTHER ORDERED** that the Court **GRANTS** summary judgment to defendant on plaintiff Perry's claims in Count IV related to constructive termination and retaliatory indefinite suspension without pay before July 2, 2004; and it is

**FURTHER ORDERED** that the Court **DENIES WITHOUT PREJUDICE** to reconsideration at a later time severance of plaintiffs' claims; and it is

**FURTHER ORDERED** that, pursuant to LCvR 16.3 and Fed. R. Civ. P. 26(f), counsel shall confer by no later than **JULY 25, 2007** and submit an updated report addressing all topics listed in LCvR 16.3(c) by no later than **AUGUST 1, 2007**; and it is

**FURTHER ORDERED** that a status conference is scheduled for **AUGUST 10, 2007 at 10:30 a.m.**

SO ORDERED.

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            July 10, 2007**