UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**Herman Eugene Lane, et. al**     )
                                   )
                                   )
        **Plaintiffs,**             )
                                   )  Civil Action No. 05-cv-0414 (EGS)
        **v.**                      )
                                   )
**Ronald Tschetter,**              )
                                   )
        **Defendant.**              )
_____)

**CONSENT MOTION TO RESCHEDULE STATUS HEARING
TO AUGUST 8 OR 9, 2007, AT 9:00 AM OR 9:30 AM**

  COME NOW the parties, moving the Court to reschedule the status hearing currently scheduled for August 10, 2007. Plaintiffs' counsel is scheduled to begin vacation on August 9 in the afternoon, so the scheduled date is inconvenient. In consultation with the Assistant United States Attorney and Ms. Butler, it appears that August 8 or 9, 2007, at 9 or 9:30 AM, would be a mutually convenient time for the status.

  WHEREFORE, for the reasons set forth above, the parties respectfully request that the status be rescheduled for August 8 or 9, 2007, at 9 or 9:30 AM.

          Respectfully submitted,
          THE GOLDSMITH LAW FIRM, LLC


          _____
          Leizer Z. Goldsmith  (D.C. Bar No. 419544)
          5335 Wisconsin Avenue, N.W., Suite 440
          Washington, D.C. 20015
          Telephone: (202) 195-1506
          Facsimile:   (202) 318-0798

          Attorney for Plaintiffs Lane and Perry

_____
Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney


_____
R. Craig Lawrence, D.C. Bar #171538
Assistant United States Attorney


_____
Rhonda C. Fields, Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6970

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                     )
**Herman Eugene Lane, et. al**       )
                                     )
                                     )
        **Plaintiffs,**              )
                                     )   **Civil Action No. 05-cv-0414 (EGS)**
            **v.**                   )
                                     )
**Ronald Tschetter,**                )
                                     )
        **Defendant.**               )
_____)

## ORDER

The Parties' Consent Motion To Reschedule Status Hearing is before the Court. This _____ day of _____, 2007, the Motion is hereby GRANTED.

The status shall be convened on _____ at _____.


                                          _____
                                          Judge, United States District Court


Rhonda C. Fields, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 514-6970

Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 195-1506
Facsimile:   (202) 318-0798
Counsel For Plaintiffs