UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**Herman Eugene Lane, et. al**              )
                                            )
                                            )
        **Plaintiffs,**                     )
                                            )        **Civil Action No. 05-cv-0414 (EGS)**
        **v.**                              )
                                            )
**Ronald Tschetter,**                       )
                                            )
        **Defendant.**                      )
_____)

## ORDER

The Parties' Consent Motion To Reschedule Status Hearing is before the Court. This

_____ day of _____, 2007, the Motion is hereby GRANTED.

The status shall be convened on _____ at _____.


                                            _____
                                            Judge, United States District Court


Rhonda C. Fields, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-6970

Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 195-1506
Facsimile:  (202) 318-0798
Counsel For Plaintiffs