**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
Herman Eugene Lane, et. al,               )
                                                    )
                    Plaintiffs,                   )
                                                    )          **Civil Action No. 05-01414 (EGS)**
          v.                                       )
                                                    )
Gaddi Vasquez,                              )
                                                    )
                    Defendant.                 )
_____)


## <u>JOINT RULE 16.3 REPORT OF THE PARTIES</u>

Pursuant to the Rules of the United States District Court for the District of

Columbia, the parties hereby file this Joint Statement.

1.       The Parties do not anticipate either joinder or amendment at this time.

The parties recommend that any joinder without motion for leave should be submitted

within sixty days after the commencement of the discovery period.  Any amendment to

the pleadings without leave of court should also occur within sixty days after the

commencement of the discovery period.  No factual or legal issues have been agreed

upon or narrowed to date, beyond those determined by the Court in its recent ruling on

the Motion for Partial Dismissal.

2.       The parties do not wish to refer this matter to a Magistrate Judge.

4.       The parties will continue to explore all possible settlement avenues,

although settlement is not imminent at this time.

5.      The parties do not favor utilizing ADR right now, and would prefer to address ADR after Defendant's dispositive motion has been ruled upon.

6.      The parties disagree as to whether this case can be resolved by a dispositive motion.  The parties request that dispositive motions be due April 4, 2008, that the opponent shall file its response by May 19, 2008, and that replies be filed by June 2, 2008.

7.      The parties agree to exchange initial disclosures by August 22, 2007.

8.      The parties suggest a discovery cut-off of February 28, 2008.

9.      The parties propose that the cut-off for 26(a)(2) designations be  no later than sixty days prior to the close of discovery, and that counter-designations be due thirty days thereafter.

10.      This is not a class action.

11.       No bifurcation is required.

12.      The parties request that the pretrial conference date be set for thirty days after ruling on dispositive motions or thirty days after the passing of the deadline for such motions, if none has been filed.

13.      The parties request that the Court set the trial date at the pretrial conference.

14.      No other matters need be addressed at this time.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC


_____/s/_____

Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 195-1506
Facsimile:   (202) 318-0798

Counsel For Plaintiff

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970


Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **Herman Eugene Lane, et. al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-01414 (EGS)** |
| **v.** | ) | |
| | ) | |
| **Gaddi Vasquez,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

**PROPOSED ORDER**

The parties have filed a joint Rule 16.3 Report.  It is hereby  ORDERED that:

1.      This matter shall not be referred to a Magistrate Judge.

2.      Dispositive motions are due April 4, 2008, the opponent shall file its response by May 19, 2008, and replies must be filed by June 2, 2008.

3.      Initial disclosures shall be exchanged by August 22, 2007.

4.      The discovery cut-off is February 28, 2008.

5.      26(a)(2) designations must be made within sixty days prior to the close of discovery, and counter-designations are due thirty days thereafter.

The Court will set the trial date at the pretrial conference.


_____
Judge, United States District Court