UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**Herman Eugene Lane, et. al**                )
                                              )
      **Plaintiffs,**   )
                                              )   Civil Action No. 05-01414 (EGS)
      v.               )
                                              )
**Ronald A. Tschetter,**                      )
                                              )
      **Defendant.**    )
_____)

## CONSENT MOTION FOR ENLARGMENT OF THE DISCOVERY PERIOD

COME NOW the parties in the above-captioned case, to request that this Court enlarge the time for discovery for a period of 60 days, to April 28, 2008.

Presently discovery is set to close February 28, 2008. Although the parties are actively engaging in discovery, they are unable to complete depositions by the current deadline. The parties had initially hoped to conduct depositions in January. However, Plaintiff's counsel developed unexpected litigation conflicts that have rendered it extremely difficult to complete discovery within the allotted time, and Defendant has graciously consented to the requested enlargement, which is the first such request in this case.

A status conference is presently scheduled for March 5. The parties respectfully request that it be rescheduled for the first week of May, 2008.

WHEREFORE, the parties respectfully request that discovery be enlarged through April 28, 2008, and a new discovery schedule granted to reflect that change.

Respectfully submitted,


THE GOLDSMITH LAW FIRM, LLC


_____
Leizer Z. Goldsmith, DC Bar # 419544
5335 Wisconsin Avenue, NW Ste 440
Washington, D.C. 20036
202-895-1506
Counsel for Plaintiffs Lane & Perry



_____
Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney



_____
R. Craig Lawrence, D.C. Bar #171538
Assistant United States Attorney



_____
Rhonda C. Fields, Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-6970

Attorneys for Defendant