UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ronald A. Tschetter,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**Gaddi Vasquez,** )<br>)<br>Defendant. )  | Civil Action No. 05-cv-0414 (EGS) |

<u>ORDER</u>

Upon consideration of the Consent Motion for Enlargement of the Discovery Period, and it appearing that good cause has been shown, it is hereby,

ORDERED that the Motion is GRANTED, and it is,

FURTHER ORDERED that discovery closes April 28, 2008.

Dated this: _____ day of _____, 2008.

_____
Judge
United States District Court