UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**Herman Eugene Lane, et. al**      )
                                    )
      **Plaintiffs,**           )
                                    )   Civil Action No. 05-01414 (EGS)
      v.                        )
                                    )
**Ronald A. Tschetter,**            )
                                    )
      **Defendant.**            )
_____)

## CONSENT MOTION FOR ENLARGMENT OF THE DISCOVERY PERIOD

    Plaintiff on behalf of the parties in the above-captioned case, requests that this Court enlarge the time for discovery for a period of four weeks, to May 26, 2008.

    Presently discovery is set to close April 28, 2008.  Although the parties have exchanged documents and interrogatory responses, and are cooperatively taking depositions and have scheduled at least six for the remainder of the month, they are unable to complete those depositions by the current deadline.  A status conference is presently scheduled for May 8.  The parties respectfully request that it be rescheduled within or after the week of May 26, 2008.

    The defendant consents to this motion.

    WHEREFORE, the parties respectfully request that discovery be enlarged through May 26, 2008, a new discovery schedule be granted to reflect that change, and the status conference be changed to a time within or after the week of May 26, 2008.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith, DC Bar # 419544
5335 Wisconsin Avenue, NW Ste 440
Washington, D.C. 20036
202-895-1506
Counsel for Plaintiffs Lane & Perry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                               )
**Ronald A. Tschetter,**       )
                               )
                               )
        **Plaintiffs,**        )
                               )   Civil Action No. 05-cv-0414 (EGS)
        **v.**                 )
                               )
**Gaddi Vasquez,**             )
                               )
        **Defendant.**         )
_____)

<u>ORDER</u>

Upon consideration of the Consent Motion for Enlargement of the Discovery Period, and it appearing that good cause has been shown, it is hereby,

ORDERED that the Motion is GRANTED, and it is,

FURTHER ORDERED that discovery closes May 26, 2008, and

FURTHER ORDERED that the May 8 status conference is cancelled and rescheduled for May _____, 2008.


Dated this: _____ day of _____, 2008.


_____
Judge
United States District Court